OPINION — AG — ** NARCOTICS — DISPENSING — EXEMPTIONS ** 63 O.S. 2-313 [63-2-313] ALLOW THE PRESCRIBING, ADMINISTERING, DISPENSING OR DISTRIBUTING OF EXEMPT NARCOTICS ONLY WHEN THE TIME LIMIT AND QUANTITY RESTRICTIONS OF 63 O.S. 2-313 [63-2-313] ARE MET. (SALE OF EXEMPT NARCOTICS, DRUGS, MEDICINES, RECORD KEEPING, DRUG ABUSE) CITE: 63 O.S. 2-101 [63-2-101], 63 O.S. 2-302 [63-2-302], 63 O.S. 2-307 [63-2-307], 63 O.S. 2-313 [63-2-313], 63 O.S. 2-313 [63-2-313](A), 63 O.S. 2-313 [63-2-313](B)(1), 63 O.S. 2-313 [63-2-313](B)(4) (PATRICIA M. GERRITY)